

**JAMES E. JOHNSON**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**ALIZA J. BALOG**
Assistant Corporation Counsel
Phone: (212) 356-1104
Fax: (212) 356-1148
E-mail: abalog@law.nyc.gov
*E-mail and Fax Not For Service*

April 7, 2021

**By ECF**
Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re: *Saleem Ahmad, et al. v. New York City Health & Hospitals Corp. et al.*
           20-cv-00675 (PAE)
           Our No. 2020-007695

Dear Judge Engelmayer:

      I am an Assistant Corporation Counsel in the Office of James E. Johnson, Corporation Counsel of the City of New York, attorney for New York City Health & Hospitals Corporation ("H+H"), Ebone Carrington, and Hinnah Farooqi (together, "defendants") in the above-referenced action. I write to respectfully request an extension of time to file an Answer in this action from April 14, 2021 to June 1, 2021 and to adjourn the Initial Conference currently scheduled for April 29, 2021, to a date after defendants have filed an Answer.

      By Memorandum Opinion and Order entered on March 31, 2021 (Dkt. 37), the Court granted in part and denied in part defendants' motion to dismiss the Complaint, making defendants' Answer due on April 14, 2021. *See* Fed. R. Civ. P. 12(a)(4)(A). Defendants request this extension to accommodate conflicting deadlines on other matters being handled by myself and my colleague, Amanda Croushore, also assigned to this case. This extension of time will also afford the parties time to engage in settlement discussions. This is defendants' first request for an extension of time to file its Answer. Plaintiffs' counsel has consented to this request.

Thank you for your consideration of this request.

Respectfully Submitted,

s/ *Aliza J. Balog*

Aliza J. Balog
Assistant Corporation Counsel

cc:   Counsel of Record (By ECF)

Granted. The initial pretrial conference is rescheduled for June 29, 2021 at 3:00 p.m.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

April 7, 2021