UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SALEEM AHMAD, et al.

                              Plaintiffs,

-v-

NEW YORK CITY HEALTH AND HOSPITALS
CORPORATION, et al.,

                              Defendants.

20 Civ. 675 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

Because this case has been automatically referred to mediation, Dkt. 46, the initial pre-trial conference scheduled for June 29, 2021 is adjourned. The parties are to file a letter outlining the status of the case and the effectiveness of mediation immediately upon conclusion of the mediation. If an initial pre-trial conference is still necessary, the Court will schedule the conference at that point.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: June 25, 2021
       New York, New York