UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SALEEM AHMAD, *et al.*,

                      Plaintiffs,                      **ORDER**

            -against-                            **20-CV-675 (PAE) (JW)**

NEW YORK CITY HEALTH AND
HOSPITALS CORPORATION, *et al.*,

                      Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

       This matter has been referred for settlement. Dkt. No. 71. Should the parties wish to schedule a settlement conference, the Parties are directed to contact Courtroom Deputy Christopher Davis via email to provide three mutually agreeable dates, at [WillisNYSDChambers@nysd.uscourts.gov](mailto:WillisNYSDChambers@nysd.uscourts.gov). Any conference will be held in-person at Courtroom 228, 40 Foley Square, New York, New York.

       Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to prepare pre-conference submissions in accordance with Judge Willis's Standing Order for all Cases Referred for Settlement.

SO ORDERED.

DATED:    New York, New York
               November 9, 2022

                                                     */s/ Jennifer E. Willis*
                                                     JENNIFER E. WILLIS
                                                     United States Magistrate Judge