UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SALEEM AHMAD et al.,

                              Plaintiffs,

-v-

NEW YORK CITY HEALTH AND HOSPITALS
CORPORATION et al.,

                              Defendants.

20 Civ. 675 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

Due to an unavoidable conflict, the Court respectfully reschedules the conference currently scheduled for January 17, 2023 at 2 p.m. to January 18, 2023 at 3 p.m. This conference will be held telephonically. The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key.

The conference will serve as a pre-motion conference in light of the parties' letters regarding defendants' anticipated motion for summary judgment. *See* Dkts. 74, 75. The parties are directed to file, at least one week before the conference, a joint letter regarding the status of settlement discussions and/or any requests for adjournment.

SO ORDERED.

                                                        *Paul A. Engelmayer*
                                                        Paul A. Engelmayer
                                                        United States District Judge

Dated: December 19, 2022
       New York, New York