# BELDOCK LEVINE & HOFFMAN LLP
## 99 PARK AVENUE, PH/26TH FLOOR
### NEW YORK, N.Y. 10016

JONATHAN MOORE
DAVID B. RANKIN
LUNA DROUBI
MARC A. CANNAN
CYNTHIA ROLLINGS
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

COUNSEL
BRUCE E. TRAUNER
PETER S. MATORIN
KAREN L. DIPPOLD
MARJORY D. FIELDS
EMILY JANE GOODMAN
  (JUSTICE, NYS SUPREME COURT, RET.)
FRANK HANDELMAN

REF: 8390.05

WRITER'S DIRECT DIAL:
212-277-7275
ldroubi@blhny.com

January 5, 2023

**VIA ECF**
Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

Re:  *Ahmad et al. v. NYCHHC et al.*, 20-cv-00675 (PAE)

Dear Judge Engelmayer:

This firm represents the seven Plaintiffs with remaining claims in the above-referenced action. Pursuant to Your Honor's order on December 19, 2022, Dkt. No. 76, we write, jointly with Defendants, to update the Court on the parties' settlement discussions and request an adjournment of the pre-motion conference on Defendants' anticipated motion for summary judgment, currently scheduled for January 18, 2023 at 3:00 P.M., until after the parties' settlement conference, scheduled for January 24, 2023 before Magistrate Judge Willis.

On November 2, 2022, counsel for the parties met regarding settlement. Following the discussion, the Parties agreed to proceed with a settlement conference before the Court, and requested such a conference in a joint letter to the Court on November 7, 2022 (Dkt. No. 70). The Court then ordered the parties to schedule the settlement conference with Magistrate Judge Willis (Dkt. No. 71). Magistrate Judge Willis ultimately scheduled the conference for January 24, 2023. In the interim, the parties continued to negotiate a potential settlement. Plaintiffs made a revised settlement demand on November 9, 2022. Defendants are reviewing the revised settlement demand and preparing their response in advance of the January 24th settlement conference.

Since the settlement conference is scheduled for January 24th, the parties respectfully request that the Court adjourn the pre-motion conference regarding Defendants' anticipated motion for summary judgment currently scheduled for January 18, 2023. Rescheduling the pre-motion conference to a date after the settlement conference will allow the parties to focus on settlement and spare the Court from expending resources discussing a motion that may no longer be necessary following the settlement conference.

BELDOCK LEVINE & HOFFMAN LLP

Hon. Paul A. Engelmayer
January 5, 2023
Page 2

We thank the Court for its attention in this matter.

Respectfully submitted,

Luna Droubi

cc: All Parties *via* ECF

The Court adjourns the pre-motion conference to February 1, 2023 at 4 p.m. The conference will be held telephonically.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

January 6, 2023