# BELDOCK LEVINE & HOFFMAN LLP
## 99 PARK AVENUE, PH/26ᵀᴴ FLOOR
### NEW YORK, N.Y. 10016

JONATHAN MOORE
DAVID B. RANKIN
LUNA DROUBI
MARC A. CANNAN
CYNTHIA ROLLINGS
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

January 25, 2023

COUNSEL
BRUCE E. TRAUNER
PETER S. MATORIN
KAREN L. DIPPOLD
MARJORY D. FIELDS
EMILY JANE GOODMAN
(JUSTICE, NYS SUPREME COURT, RET.)
FRANK HANDELMAN

REF:

WRITER'S DIRECT DIAL: 8390.05

212-277-7275
ldroubi@blhny.com

**VIA ECF**
Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

Re: *Ahmad et al. v. NYCHHC et al.*, 20-cv-00675 (PAE)

Dear Judge Engelmayer:

This firm represents the seven Plaintiffs with remaining claims in the above-referenced action. We write, jointly with Defendants, to update the Court on the Parties' settlement discussions and request an adjournment of the pre-motion conference on Defendants' anticipated motion for summary judgment, currently scheduled for February 1, 2023 at 4:00 P.M., Dkt. No. 78, until after the Parties' next settlement conference, scheduled for March 7, 2023 before Magistrate Judge Willis, *see* January 25, 2023 Minute Entries.

On January 24, 2023, counsel for the Parties, the Plaintiffs, and an H+H representative, attended a productive in-person settlement conference with Magistrate Judge Willis. The Parties engaged in good faith discussions and after a full day of settlement discussions, agreed to schedule a subsequent conference focused on four of the seven Plaintiffs. The Parties anticipate that they will thereafter schedule an additional settlement conference focused on the other three Plaintiffs.

The Parties therefore request that the Court reschedule the pre-motion conference to a date after the March 7, 2023 settlement conference to allow the Parties to focus on settlement and spare the Court from expending resources discussing a motion that may no longer be necessary as to some or all Plaintiffs following the settlement conferences before Magistrate Judge Willis.

We thank the Court for its attention in this matter.

BELDOCK LEVINE & HOFFMAN LLP

Hon. Paul A. Engelmayer
January 25, 2023
Page 2

Respectfully submitted,

Luna Droubi

cc: All Parties *via* ECF

The Court adjourns the pre-motion conference to March 9, 2023 at 4 p.m.
SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge
January 26, 2023