

**T**HE **C**ITY OF **N**EW **Y**ORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**LAURA C. WILLIAMS**
Assistant Corporation Counsel
Phone: (212) 356-2435
E-mail: lawillia@law.nyc.gov

> GRANTED. I wish Counsel and her family a speedy recovery. Chambers will reach out via email to confirm a mutually agreeable date. The Clerk of the Court is respectfully respected to close the motions at Dkt. Nos. 102 and 103. SO ORDERED.
>
> *Jennifer E. Willis*
> _____
> Jennifer E. Willis
> United States Magistrate Judge
>
> May 23, 2023

**By ECF**
Honorable Jennifer E. Willis
United States Magistrate Judge
Southern District of New York
40 Foley Square, Room 425
New York, New York 10007

Re:   *Saleem Ahmad, et al. v. New York City Health & Hospitals Corp. et al.*
         20-cv-00675 (PAE)

Dear Magistrate Judge Willis:

I am an Assistant Corporation Counsel in the Office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for New York City Health & Hospitals Corporation ("H+H"), Ebone Carrington, and Hinnah Farooqi (together, "defendants") in the above-referenced action. Yesterday, defendants requested an adjournment of the settlement conference scheduled for this matter on May 25, 2023 at 9:30 a.m. *See* ECF Doc. No. 102. I write to provide the following mutually agreeable dates to reschedule the settlement conference: May 31st – June 2nd, June 12th-June 13th, June 16th and June 20th. Defendants note that the plaintiff will be unavailable from June 22nd through July 7th.

Thank you for your consideration of this request.

Respectfully Submitted,

/s/
_____
Laura C. Williams
Assistant Corporation Counsel

cc:   Counsel of Record (By ECF)