

**THE CITY OF NEW YORK**

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**LAUREN F. SILVER**
Assistant Corporation Counsel
Labor & Employment Law Division
Phone: (212) 356-2507

October 19, 2023

**By ECF**
Honorable Jennifer E. Willis
United States Magistrate Judge
Southern District of New York
40 Foley Square, Room 425
New York, New York 10007

        Re:    *Saleem Ahmad, et al. v. New York City Health & Hospitals Corp.et al.*
                20-cv-00675 (PAE)

Dear Magistrate Judge Willis:

        I am an Assistant Corporation Counsel in the Office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for New York City Health & Hospitals Corporation ("H+H"), Ebone Carrington, and Hinnah Farooqi (together, "defendants") in the above-referenced action. I write on behalf of all parties to respectfully request an adjournment of the settlement conference with plaintiff Haider Syed, currently scheduled for October 24, 2023, 2023 at 11:00 a.m. This is the first request for an adjournment of the settlement conference for Mr. Syed.

        This adjournment is requested due to plaintiff Syed's leave of absence from work through the end of the year due to personal circumstances, which will prevent the parties from reaching a mutually agreeable resolution at this time. Accordingly, the parties request an adjournment of Mr. Syed's settlement conference to a date in the latter half of February 2024, when they reasonably believe that settlement negotiations will be fruitful.

        Thank you for your consideration of this request.

Respectfully Submitted,

/s/
Lauren F. Silver
Assistant Corporation Counsel

---

The adjournment request is GRANTED. The Parties should email Chambers with mutually agreeable dates for the settlement conference. SO ORDERED.

*Jennifer E. Willis*

Jennifer E. Willis
United States Magistrate Judge

October 20, 2023