

**THE CITY OF NEW YORK**

**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, NY 10007

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

LAURA C. WILLIAMS
Assistant Corporation Counsel
Phone: (212) 356-2435
E-mail: lawillia@law.nyc.gov

---

> This request is GRANTED. The Settlement Conference is adjourned *sine die*. SO ORDERED.
>
> *Jennifer E. Willis*
> Jennifer E. Willis
> United States Magistrate Judge
> February 5, 2024

**By ECF**
Honorable Jennifer E. Willis
United States Magistrate Judge
Southern District of New York
40 Foley Square, Room 425
New York, New York 10007

    Re:    *Saleem Ahmad, et al. v. New York City Health & Hospitals Corp.et al.*
              20-cv-00675 (PAE)

Dear Magistrate Judge Willis:

       I am an Assistant Corporation Counsel in the Office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for New York City Health & Hospitals Corporation ("H+H"), Ebone Carrington, and Hinnah Farooqi (together, "defendants") in the above-referenced action. I write on behalf of both parties, to respectfully request an adjournment, *sine die*, of the settlement conference, currently scheduled for February 6, 2024 at 11:00 a.m. Defendants previously requested, and the Court granted, an adjournment of this conference from October 24, 2023 to February 6, 2024.

       This adjournment is requested because the parties have made significant progress in settlement negotiations with respect to all of the plaintiffs remaining in this action. Given the progress to date, the parties are hopeful that they can reach settlements as to all remaining plaintiffs without further imposition on the Court.

       [remainder of page left intentionally blank]

The parties thank the Court for its assistance in settlement negotiations in this matter.

                                          Respectfully Submitted,

                                          /s/

                                          Laura C. Williams
                                          Assistant Corporation Counsel

cc:      Counsel of Record (By ECF)