UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SALEEM AHMAD et al.,

                       Plaintiffs,

-v-

NEW YORK CITY HEALTH AND HOSPITALS
CORPORATION et al.,

                       Defendants.

20 Civ. 675 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

Due to an unavoidable conflict, the Court respectfully reschedules the conference currently scheduled for Friday, September 13, 2024 at 10 a.m. to **Friday, September 20, 2024 at 3:30 p.m**. This conference will be held in Courtroom 1305 at the Thurgood Marshall United States Courthouse.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: September 9, 2024
      New York, New York