UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SALEEM AHMAD, et al.,

                                    Plaintiffs,

                    -v-

NEW YORK CITY HEALTH AND HOSPITALS
CORPORATION, et al.,

                                    Defendants.

20 Civ. 675 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

As discussed at the September 20, 2024 pre-motion conference, the Court sets the

following deadlines for summary judgment briefing:

- The Joint Statement of Facts ("JSF") is due **October 18, 2024**.

- Defendants' opening brief is due **November 1, 2024**.

- Plaintiffs' response brief is due **November 15, 2024**.

- Defendants' reply brief is due **November 22, 2024**.

SO ORDERED.

*Paul A. Engelmyer*

PAUL A. ENGELMAYER
United States District Judge

Dated: September 23, 2024
       New York, New York