UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SALEEM AHMAD, et al.,

                                  Plaintiffs,

-v-

NEW YORK CITY HEALTH AND HOSPITALS
CORPORATION, et al.,

                                  Defendants.

20 Civ. 675 (PAE)

[~~PROPOSED~~]
**ORDER**

---

PAUL A. ENGELMAYER, District Judge:

Pursuant to the joint application of the Parties, Dkt. No. 141, and for good cause having been shown, the Court sets the following deadlines for summary judgment briefing:

- The Joint Statement of Facts ("JSF") is due **October 25, 2024.**

- Defendants' opening brief is due **November 8, 2024.**

- Plaintiff's response brief is due **November 22, 2024.**

- Defendants' reply brief is due **December 6, 2024.**

SO ORDERED.

                                                                      *Paul A. Engelmayer*
                                                                    PAUL A. ENGELMAYER
                                                                    United States District Judge

Dated: October __16__, 2024
       New York, New York